CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*November 1, 2021*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID W. KIM, M.D., INC., a California Professional Corporation; and Does 1-10,<br><br>        Defendants. | **Case:** 4:21-cv-03483-YGR<br><br>Order of Dismissal Pursuant to **Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Megan D. Erasmus, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant David W. Kim, M.D., Inc., a California Professional Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 27, 2021        CENTER FOR DISABILITY ACCESS

                By:   /s/ Amanda Seabock
                      Amanda Seabock
                      Attorneys for Plaintiff

1